[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12428

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 29, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:07-cv-01712-VMC-TGW

KRISTA LEWELLYN,
o.b.o. J.L. and L.L.,
TODD LEWELLYN,
o.b.o. J.L. and L.L.,

Plaintiffs - Appellants,

versus

SARASOTA COUNTY SCHOOL BOARD,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 29, 2011)

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

At issue today is an appeal by Krista and Todd Lewellyn from the district

court's order granting final summary judgment in favor of Sarasota County School Board. The Lewellyns had alleged that the School Board violated: (1) the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et seq., by failing to provide their sons J.L. and L.L. with a free and appropriate public education; (2) Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, and the Americans with Disabilities Act, 42 U.S.C. § 12132, by discriminating and retaliating against J.L. and L.L. on the basis of their disabilities; and (3) J.L.'s and L.L.'s due process rights under the Fifth and Fourteenth Amendment. The district court rejected each of these claims. After thorough review, we affirm the judgment of the district court based on its well-reasoned opinion of December 29, 2009.

AFFIRMED.